UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

KING OCEAN SERVICES, LTD.,
Plaintiff,

vs.

CASE NO.:

GIPSY INTERNATIONAL II CORP.,
a Florida Corporation and
J&C IMPORT AND EXPORT, INC.,
a Florida Corporation,

Defendants.
_____/

## CIVIL COMPLAINT IN ADMIRALTY

The Plaintiff, KING OCEAN SERVICES, LTD. (hereinafter "KING OCEAN"), by and through its undersigned counsel files herewith this Complaint against GIPSY INTERNATIONAL II CORP. (hereinafter "GIPSY") and J&C IMPORT AND EXPORT, INC. (hereinafter "J&C") and for cause of action *in personam* states as follows:

## THE PARTIES

1. King Ocean Services Ltd. is a vessel operating common carrier (VOCC) with a place of business in Miami-Dade County, Florida.

2. Upon information and belief, GIPSY INTERNATIONAL II CORP. is a Florida corporation with a place of business in Miami-Dade County, Florida.

3. Upon information and belief, J&C IMPORT AND EXPORT, INC. is a Florida corporation with a place of business in Miami-Dade County, Florida.

## JURISDICTION

4. This Court has jurisdiction pursuant to §28 U.S.C. 1333. KING OCEAN is seeking to enforce rights under maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

## VENUE

5. Venue in this case is proper. All defendants maintain a place of business in Miami-Dade County, Florida.

## COUNT I

### AGAINST DEFENDANT GIPSY INTERNATIONAL II CORP.

6. Between May 2011 and November 2013, GIPSY caused to be delivered certain goods for carriage by KING OCEAN between the mainland United States and various ports of destination at the agreed charges to be paid by GIPSY to KING OCEAN pursuant to contracts of affreightment.

7. Thereafter, the said goods were transported by KING OCEAN to the ports of destination and delivered to the consignees designated by GIPSY.

8. KING OCEAN has duly performed all duties and obligations required to be performed by KING OCEAN.

9. GIPSY has failed and refused to remit payment of $54,690.00 in ocean freight and related charges assessed in accordance with KING OCEAN'S applicable contracts of affreightment and GIPSY is the responsible party to pay such charges. The ocean freight and related charges are on the account statement annexed as Exhibit 1.

10. By reason of the foregoing, KING OCEAN has sustained damages in the amount of $54,690.00 arising out of GIPSY'S transportation related activities which, although duly demanded, has not been paid by GIPSY.

## COUNT II

## AGAINST DEFENDANT J&C IMPORT AND EXPORT, INC.

11. Between May 2008 and November 2013, J&C caused to be delivered certain goods for carriage by KING OCEAN between the mainland United States and various ports of destination at the agreed charges to be paid by J&C to KING OCEAN pursuant to contracts of affreightment.

12. Thereafter, the said goods were transported by KING OCEAN to the ports of destination and delivered to the consignees designated by J&C.

13. KING OCEAN has duly performed all duties and obligations required to be performed by KING OCEAN.

14. J&C has failed and refused to remit payment of $80,393.65 in ocean freight and related charges assessed in accordance with KING OCEAN'S applicable contracts of affreightment and J&C is the responsible party to pay such charges. The ocean freight and related charges are on the account statement annexed as Exhibit 1.

15. By reason of the foregoing, KING OCEAN has sustained damages in the amount of $80,393.65 arising out of J&C'S transportation related activities which, although duly demanded, has not been paid by J&C.

WHEREFORE, Plaintiff prays:

1. For judgment in the amount of $54,690.00 against GIPSY INTERNATIONAL II CORP. together with interest thereon from the date due, costs, disbursements and reasonable attorney's fees, all as provided in the applicable contracts of affreightment.

2. For judgment in the amount of $80,393.65 against J&C IMPORT AND EXPORT, INC. together with interest thereon from the date due, costs, disbursements and reasonable attorney's fees all as provided in the applicable contracts of affreightment.

3. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against all Defendants citing them to appear and answer all the singular matters aforesaid.

4. The plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Key Biscayne, Florida
March 6, 2014

**HALLEY & HALLEY, P.A.**

/s/ Thomas V. Halley

---

Thomas V. Halley
Florida Bar No. 694363
Counsel for Plaintiff
200 Crandon Blvd. Suite 332
Key Biscayne, Florida 33149
Telephone: 305-365-1237
E-mail: thalley@shiplaw.net